AKIN GUMP STRAUSS HAUER & FELD LLP
DONNA M. MEZIAS (SBN 111902)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: 415.765.9500
Facsimile: 415.765.9501
Email: dmezias@akingump.com

Counsel for Plaintiffs
Forty Niners Football Company LLC and
National Football League Management Council

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTY NINERS FOOTBALL COMPANY LLC and NATIONAL FOOTBALL LEAGUE MANAGEMENT COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>ALDON SMITH and NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION,<br><br>Defendants. | Case No:<br><br>**COMPLAINT** |

COMPLAINT

This is an action to confirm an arbitration award pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. §§ 185 *et seq.*

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this matter under 28 U.S.C. § 1331 and 29 U.S.C. § 185.

2. Venue is proper in this District pursuant to 29 U.S.C. § 185(a) and 28 U.S.C. § 1391.

## PARTIES

3. The National Football League Management Council ("NFL Management Council") is the sole and exclusive bargaining representative of present and future employer member clubs of the NFL. The NFL Management Council's principal place of business is in New York, New York.

4. Forty Niners Football Company LLC ("Forty Niners" or "Club") is one of the member clubs of the National Football League ("NFL"). The Forty Niners' principal place of business is in Santa Clara, California.

5. Aldon Smith ("Smith") is a professional football player who was employed by the Forty Niners in Santa Clara, California.

6. The National Football League Players Association ("NFLPA") is the exclusive bargaining representative of all NFL Players. The NFLPA regularly represents players in the Northern District of California, and some of its members reside in this judicial district.

## FACTS

7. The parties are bound by a Collective Bargaining Agreement ("CBA") negotiated between the NFL Management Council (on behalf of the NFL member clubs) and the NFLPA (on behalf of all NFL players). Relevant portions of the CBA are attached hereto as Exhibit A.

8. The CBA contains an arbitration provision mandating that disputes between the parties involving the forfeiture of signing bonuses be submitted to arbitration before a mutually selected arbitrator (the "System Arbitrator"). Ex. A, Arts. 4, 15.

9. All NFL Players employed by a member club must enter into an NFL Player Contract, which is incorporated into the CBA. *See* Ex. A, Art. 4 & App. A.

10. Smith entered into an NFL Player Contract with the Forty Niners setting forth the terms of his employment. His contract with the Forty Niners contained an arbitration provision requiring "any dispute" between Smith and the Forty Niners "involving the interpretation or application of any provision" of his contract to "be submitted to final and binding arbitration" in accordance with the procedures set forth in the CBA. *Id.* App. A, ¶ 19.

11. The NFL Player Contract between the Forty Niners and Smith contained a Signing Bonus Provision whereby Smith was paid a signing bonus of $8,961,092.

12. On August 27, 2016, Smith was suspended for nine games for violating the NFL Policy and Program on Substances of Abuse and the Personal Conduct Policy. As a result, pursuant to the terms of his contract and the CBA, Smith was required to forfeit to the Forty Niners $1,186,027.

13. To date, Smith has re-paid the Forty Niners $844,396.82, but still owes the Club $341,630.18.

14. Pursuant to the terms of the CBA, the Management Council initiated a proceeding on behalf of the Forty Niners before the System Arbitrator seeking re-payment of the outstanding balance of the forfeited signing bonus.

15. On November 4, 2016, the System Arbitrator issued an order ("Order") requiring Smith to re-pay to the Forty Niners the balance of $341,630.18 within thirty days of the Order. *See* Ex. B (Order).

16. Under the CBA, Smith and the Union had ten days to appeal the Order to the Appeals Panel under the CBA, *see* CBA, Art. 15, Sec. 8(a), but the parties did not file an appeal, and the Order is now final, *see id.*, Art. 15, Sec. 2 ("rulings of the System Arbitrator shall upon their issuance be binding upon and followed by the parties unless stayed, reversed, or modified by the Appeals Panel").

17. To date, Smith has failed to pay to the Forty Niners the $341,630.18 that the Order requires him to pay.

**COUNT 1 – CONFIRMATION OF ARBITRATION AWARD**

1. Plaintiffs repeat and re-allege Paragraphs 1-17 as if set forth fully herein.

COMPLAINT

2. Plaintiffs seek an order confirming the Order under well-established principles of federal labor law. The Order was issued in full accord with the parties' CBA and draws its essence from the parties' agreements.

3. Plaintiffs are entitled to confirmation and enforcement of the Order and entry of judgment in conformity of the Award pursuant to the Labor Management Relations Act, 29 U.S.C. § 185.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs, San Francisco Forty Niners and the NFL Management Council, respectfully request that this Court enter an Order:

(a) Confirming and enforcing the Order;

(b) Requiring Smith to re-pay the Forty Niners $341,630.18 within ten days of confirmation of the Order;

(c) Awarding Plaintiffs their attorneys' fees and costs in bringing this action; and

(d) Providing Plaintiffs with such other and further relief as the Court deems proper.

Dated: January 30, 2017        AKIN GUMP STRAUSS HAUER & FELD, LLP

By: /s/ Donna M. Mezias
    Donna M. Mezias

Counsel for Plaintiffs
Forty Niners Football Company LLC and
National Football League Management Council

3

COMPLAINT